# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MARSHALL L. WILLIAMS, | : | No. 430 EAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| CITY OF PHILADELPHIA PHILADELPHIA | : | |
| PARKING AUTHORITY AND BUREAU OF | : | |
| ADMINISTRATIVE ADJUDICATION, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 21st day of May, 2024, the "Notice of Appeal," treated as a Petition for Allowance of Appeal, is **DENIED**.